UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        CRIMINAL NO.  10-20060

v.                                     HONORABLE AVERN COHN

D-1, LAWRENCE ELLISON,

       Defendant.
_____/

## ORDER REVOKING BOND

On January 27, 2011 the Court held a pretrial release violation hearing in this matter. For the reasons stated on the record,

**IT IS ORDERED** that the bond is REVOKED.

**IT IS FURTHER ORDERED** that the defendant report the to the United States Marshal before Noon on January 28, 2011.

**SO ORDERED**.


Dated:  January 27, 2011            S/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 27, 2011, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                            Case Manager, (313) 234-5160